Szymkowski, by next friend, Respondent, vs. Sauter, Appellant.

For the appellant: *Schoetz, Williams & Gandrey* of Milwaukee.

For the respondent: *J. Elmer Lehr* of Milwaukee.

*By the Court.*—Judgment affirmed.

Auburn Sales & Service Company, Respondent, vs. Wisconsin Power & Light Company, Appellant.

For the appellant: *Bowler & Bowler,* attorneys, and *Buchen & Schlichting,* of counsel, all of Sheboygan.

For the respondent: *Bassuener & Humke* of Sheboygan.

*By the Court.*—Judgment affirmed.

Will of Graff: Lorenz, Guardian *ad litem,* and another, Appellants, vs. Graff and others, Respondents.

For the appellants: *Ira S. Lorenz,* guardian *ad litem,* of Milwaukee.

For the respondents: *George J. Graebner* of Milwaukee.

*By the Court.*—Judgment affirmed.